

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00676-CR

Alejandro Xavier **FRANCO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12443
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  November 21, 2012

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

       Appellant filed a motion to dismiss this appeal.  The motion is granted and this appeal is

dismissed.  *See* TEX. R. APP. P. 42.2(a).


                                                           PER CURIAM


DO NOT PUBLISH